1   G. Thomas Martin III, Esq. (SBN 218456)
    Krohn & Moss, Ltd.
2   10474 Santa Monica Blvd, Suite 401
    Los Angeles, CA  90025
3   T: (323) 988-2400 x252; F: (866) 802-0021
    tmartin@consumerlawcenter.com
4
    Attorneys for Plaintiff, STEVE JAMES
5

6

7

8                 UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

10

11  STEVE JAMES,       ED CV 09 - 01560 SGL

12          Plaintiff,     Case No.:

13                    **VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL**

14      vs.            **(Unlawful Debt Collection Practices)**

15  VALENTINE & KEBARTAS, INC.,  **Demand Does Not Exceed $10,000**

16          Defendant.

17                      **COMPLAINT**

18      COMES NOW the Plaintiff, STEVE JAMES ("Plaintiff"), by and through his attorneys,

19  KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, VALENTINE &

20  KEBARTAS, INC., alleges and affirmatively states as follows:

21                      **INTRODUCTION**

22      1.    The United States Congress has found abundant evidence of the use of abusive,

23  deceptive, and unfair debt collection practices by many debt collectors, and has determined that

24  abusive debt collection practices contribute to the number of personal bankruptcies, to marital

25  instability, to the loss of jobs, and to invasions of individual privacy.  Congress wrote the Fair

1   Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (hereinafter "FDCPA"), to eliminate

2   abusive debt collection practices by debt collectors, to insure that those debt collectors who

3   refrain from using abusive debt collection practices are not competitively disadvantaged, and to

4   promote consistent State action to protect consumers against debt collection abuses. (15 U.S.C.

5   1692(a) – (e)).

6       2.    The California legislature has determined that the banking and credit system and

7   grantors of credit to consumers are dependent upon the collection of just and owing debts and

8   that unfair or deceptive collection practices undermine the public confidence that is essential to

9   the continued functioning of the banking and credit system and sound extensions of credit to

10   consumers. The Legislature has further determined that there is a need to ensure that debt

11   collectors exercise this responsibility with fairness, honesty and due regard for the debtor's rights

12   and that debt collectors must be prohibited from engaging in unfair or deceptive acts or practices.

13   (Cal. Civ. Code §1788.1(a) – (b)).

14       3.    Plaintiff, through Plaintiff's attorneys, brings this action to challenge the actions

15   of VALENTINE & KEBARTAS, INC. (hereinafter "Defendant") with regard to attempts by

16   Defendant, a debt collector, to unlawfully and abusively collect a debt allegedly owed by

17   Plaintiff, and this conduct caused Plaintiff damages.

18       4.    For the purposes of this Petition, unless otherwise indicated, "Defendant"

19   includes all agents, employees, officers, members, directors, heirs, successors, assigns,

20   principals, trustees, sureties, subrogees, representatives and insurers of Defendant named in this

21   caption.

**JURISDICTION AND VENUE**

23       5.    Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that

24   such actions may be brought and heard before "any appropriate United States district court

without regard to the amount in controversy" and 28 U.S.C. 1367 grants this court supplemental jurisdiction over the state claims contained therein.

6.      Defendant conducts business in the State of California, and therefore, personal jurisdiction is established.

7.      Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

8.      Declaratory relief is available pursuant to 28 U.S.C. 2201 and 2202.

## PARTIES

9.      Plaintiff is a natural person who resides in the City of Redlands, County of San Bernardino, State of California and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692(a)(3).

10.      Plaintiff is a natural person from whom a debt collector sought to collect a consumer debt which was due and owing or alleged to be due and owing from Plaintiff and is a "debtor" as that term is defined by California Civil Code § 1788.2(h).

11.      Plaintiff is informed and believes, and thereon alleges, that Defendant is a company with a business office in the City of Lawrence, County of Essex, State of Massachusetts.

12.      Plaintiff is informed and believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

13.      Plaintiff is informed and believes, and thereon alleges, that Defendant is not a firm of attorneys or counselors at law and is a company who, in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection as that term is defined by

- 3 -

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

California Civil Code § 1788.2(b), and is a "debt collector" as that term is defined by California Civil Code § 1788.2(c).

## FACTUAL ALLEGATIONS

14. Defendant has placed collection calls to Plaintiff's phone at telephone number 760-662-9267 from telephone number 941-747-5137 seeking and demanding payment for an alleged debt. (See Exhibit A.)

15. Defendant called Plaintiff and hung up before Plaintiff or voicemail answered.

16. Defendant placed telephone calls without meaningful disclosure of the caller's identity.

17. Defendant failed to identify itself as a debt collector in subsequent communications.

18. Defendant called Plaintiff prior to 8:00 a.m.

19. Defendant has failed to provide Plaintiff with a debt validation letter.

## COUNT I

## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

20. Plaintiff repeats, re-alleges and incorporates by reference all of the foregoing paragraphs.

21. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692(c)(a)(1)* of the FDCPA by communicating with Plaintiff prior to 8:00 a.m.

    b. Defendant violated *§1692(d)* of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, and abuse Plaintiff.

    c. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls

- 4 -

without meaningful disclosure of the caller's identity.

d.  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by failing to provide meaningful disclosure of the caller's identity.

e.  Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by failing to disclose in subsequent communications that the communication was from a debt collector

f.  Defendant violated *§1692e(11)* of the FDCPA by failing to disclose in subsequent communications that the communication was from a debt collector.

g.  Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current

- 5 -

creditor.

22.   As a consequence of Defendant's foregoing actions, Plaintiff has suffered from emotional distress. (See Exhibit "B").

## COUNT II

## DEFENDANT VIOLATED THE ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT (RFDCPA), Cal. Civ. Code § 1788 et seq.

23.   Plaintiff repeats, re-alleges and incorporates by reference all of the foregoing paragraphs.

24.   Defendant violated the RFDCPA based on the following:

a.   Defendant violated *§1788.11(b)* of the RFDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

b.   Defendant violated *§1788.11(d)* of the RFDCPA by placing collection calls to Plaintiff repeatedly and continuously so as to annoy Plaintiff.

c.   Defendant violated the *§1788.17* of the RFDCPA by continuously failing to comply with the statutory regulations contained within the FDCPA, *15 U.S.C. § 1692 et seq.*

25.   As a consequence of Defendant's foregoing actions, Plaintiff has suffered from emotional distress. (See Exhibit "A").

**WHEREFORE,** Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

26. Declaratory judgment that the Defendant's conduct violated the State Act, RFDCPA, and Federal Act, FDCPA.

27. Actual damages.

28. Statutory damages pursuant to the State Act, Cal. Civ. Code § 1788.30(b).

29. Statutory damages pursuant to the Federal Act, 15 U.S.C. 1692k.

- 6 -

1    30. Costs and reasonable attorney's fees pursuant to the State Act, Cal. Civ Code §

2    1788.30(c) and the Federal Act, 15 U.S.C. 1692k.

3    31. Any other relief that this court deems to be just and proper.

4

5                                    RESPECTFULLY SUBMITTED,

6    DATED:  August 12, 2009          KROHN & MOSS, LTD.

7

8                              By: _____
                                    G. Thomas Martin, III
9                                    Attorney for Plaintiff

10

11              **DEMAND FOR JURY TRIAL**

12    PLEASE TAKE NOTICE that Plaintiff, STEVE JAMES, hereby demands trial by jury

13    in this action.

14

15

16

17

18

19

20

21

22

23

24

25

- 7 -

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF CALIFORNIA

    Plaintiff, STEVE JAMES, says as follows:

1.    I am the Plaintiff in this civil proceeding.

2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.

4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.

5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.

6.    Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.

7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, STEVE JAMES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATED: _8/11/09_            _Steve James_

                                  STEVE JAMES, PLAINTIFF

- 8 -

VERIFIED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## EXHIBIT A

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

Steve received a voicemail on 7/7/09 at 4:31 p.m. Pacific (7:31 p.m. Eastern). Voicemail was close to the following: "Mr. James. Sharon Marcue (or Markie) with the offices of Valentine and Kebartas. (something I couldn't understand) contacting you are a little over 10 days now regarding your legal financial obligation to my client. File number 9211515. You need to return this call to my office by 1 p.m. Eastern tomorrow. Resolve voluntarily or give me a representing attorney. 866-598-2788 extension 205."

Would you please advise Steve as to whether he should call Valentine and Kebartas or if this is a call you would make? If the call is to be made before 1 p.m. Eastern, it would need to be made before 10 a.m. Pacific.

We tried to coordinate the phones tonight to leave the voicemail on your phone, but we were having trouble coordinating the two phones and messages.

Thank you for assisting us,
Steve and Zella James















## STEVE JAMES v. VALENTINE & KABARTAS

Good afternoon, Mr. James, this is Cheryl Martel with the offices of Valentine & Kebartas. I am contacting you regarding a doc placed in my desk on June 22nd, doc 9211515. I need a return call from you by 10 a.m. Eastern at 866-598-2788, extension 205.

1
2
3
4
5
6
7
8
9
10
11          **EXHIBIT B**
12
13
14
15
16
17
18
19
20
21
22
23
24
25

VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES NO
2. Fear of answering the telephone — YES NO
3. Nervousness — YES NO
4. Fear of answering the door — YES NO
5. Embarrassment when speaking with family or friends — YES NO
6. Depressions (sad, anxious, or "empty" moods) — YES NO
7. Chest pains — YES NO
8. Feelings of hopelessness, pessimism — YES NO
9. Feelings of guilt, worthlessness, helplessness — YES NO
10. Appetite and/or weight loss or overeating and weight gain — YES NO
11. Thoughts of death, suicide or suicide attempts — YES NO
12. Restlessness or irritability — YES NO
13. Headache, nausea, chronic pain or fatigue — YES NO
14. Negative impact on my job — SO YES NO
15. Negative impact on my relationships — YES NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: I find myself, waking up in the middle of the thinking the phone is ringing. I have also awaked, feeling fearful and anxious. Picking the walls and kicking my foot. This never occurred before the phone calls. I find myself afraid of my own shadow, having the TV on to get to sleep.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 8/11/09

Steve James
Signed Name

Steve JAMeS
Printed Name

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen G. Larson and the assigned discovery Magistrate Judge is David T. Bristow.

The case number on all documents filed with the Court should read as follows:

## EDCV09- 1560 SGL (DTBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

======================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [X] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

STEVE JAMES,

                v.

VALENTINE & KEBARTAS, INC.,

PLAINTIFF(S)

                DEFENDANT(S).

CASE NUMBER

CV 09 - 01560 SGL(DTBx)

**SUMMONS**

TO:    DEFENDANT(S): <u>VALENTINE & KEBARTAS, INC.</u>

     A lawsuit has been filed against you.

     Within <u>  20  </u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, <u> G. Thomas Martin, III., Esq. </u>, whose address is <u> Krohn & Moss, Ltd.; 10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025 </u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.   You also must file your answer or motion with the court.

                                            **TERRY NAFISI**

                                    Clerk, U.S. District Court

Dated: <u>  AUG 1 4 2009  </u>           By: _____

                                        Deputy Clerk

                                        *(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
STEVE JAMES

**DEFENDANTS**
VALENTINE & KEBARTAS, INC.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Krohn & Moss, Ltd.; G. Thomas Martin, III., Esq.
10474 Santa Monica Blvd., Suite 401; Los Angeles, CA 90025
(323) 988-2400

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No      ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 USC 1692 et seq.; Unlawful and Abusive Debt Collection Practices

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | IMMIGRATION | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment ☐ 240 Torts to Land ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number: ED CV 09 - 01560 SGL (DTBx)

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

AUG 14 2009

CV-71 (05/08)                    CIVIL COVER SHEET                    Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐    Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino (CA) | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐    Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Essex (MA) |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
     **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino (CA) | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER):  _____   Date  August 7, 2009

Notice to Counsel/Parties:  The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |