George Thomas Martin III, Esq. (SBN 218456)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 x252; F: (866) 802-0021
tmartin@consumerlawcenter.com

Attorneys for Plaintiff, STEVE JAMES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| STEVE JAMES, | Case No.:EDCV09-01560-SGL(DTBx) |
| Plaintiff, | |
| vs. | **VOLUNTARY DISMISSAL** |
| VALENTINE & KEBARTAS, INC., | |
| Defendant. | |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, STEVE JAMES, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: November 13, 2009                            KROHN & MOSS, LTD.


By:<u>/s/ George Thomas Martin III</u>

George Thomas Martin III

Attorneys for Plaintiff,
STEVE JAMES